

# Fourth Court of Appeals
## San Antonio, Texas

August 10, 2016

No. 04-16-00078-CV

**CODY TEXAS, L.P.**,
Appellant

v.

**BPL EXPLORATION, LTD.**,
Appellee

From the 49th Judicial District Court, Zapata County, Texas
Trial Court No. 8,665
Honorable Jose A. Lopez, Judge Presiding

# O R D E R

Appellant's motion to file corrected brief is hereby GRANTED. Appellant's corrected brief must be filed no later than ten days from the date of this order.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of August, 2016.

_____
Keith E. Hottle
Clerk of Court